[No. 6140–6–II.  Division Two.  February 21, 1985.]

ROBERT R. DYBERG, *Respondent,* v. JOSEPH J. BATH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 296431, Donald H. Thompson, J., entered January 8, 1982. *Vacated* and *remanded* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7139–8–II.  Division Two.  February 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KURT DORAN MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83–1–00035–9, Don L. McCulloch, J., entered March 21, 1983. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 7068–5–II.  Division Two.  February 25, 1985.]

JACK D. MOORE, *as Administrator,* ET AL, *Appellants,* v. A.I.U. INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–00961–5, Thomas A. Swayze, Jr., J., entered May 20, 1983. *Reversed* and *remanded* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.